UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-06-89-7 |
| | § | |
| JESUS ALEJANDRO OSORIO | § | |
| (CA H-09-4049) | § | |

## ORDER

Pending before the Court are Movant Jesus Alejandro Osorio's Objections (Doc. 536) to the Magistrate Judge's Memorandum and Recommendation (Doc. 533) denying Osorio's § 2255 Motion to Vacate, Set Aside, or Correct Sentence (Doc. 480) and granting the Government's Motion to Dismiss. Doc. 504. The Court agrees with the reasoning and analysis of Magistrate Judge Stacy and adopts her Memorandum and Recommendation as its own. Osorio's objections raise issues that were adequately and fully addressed in the Memorandum and Recommendation and are therefore overruled. The Court hereby

**ORDERS** that Jesus Alejandro Osorio's Objections (Doc. 536) are **OVERRULED**, that the Government's Motion to Dismiss (Doc. 452) is **GRANTED** and that Jesus Alejandro Osorio's Motion to Vacate, Set Aside, or Correct Sentence (Doc. 443) is **DENIED**.

SIGNED at Houston, Texas, this 24th day of October, 2011.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE