UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-06-89-7 |
| | § | |
| JESUS ALEJANDRO OSORIO | § | |
| (CA H-09-4049) | § | |

## FINAL JUDGMENT

Pursuant to the Court's Order of this day adopting the Magistrate Judge's Memorandum and Recommendation, granting the Government's Motion to Dismiss, and denying Movant Jesus Alejandro Osorio's Motion to Vacate, Set Aside, or Correct Sentence, the Court hereby

**ORDERS** that this case is dismissed with prejudice.

**THIS IS A FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, this 24th day of October, 2011.

_____
**MELINDA HARMON
UNITED STATES DISTRICT JUDGE**